1    Glenn M. Smith, CSB 97973
     SMITH DOLLAR PC
2    Attorneys at Law
     404 Mendocino Avenue, Second Floor
3    Santa Rosa, California 95401
     Telephone:  (707) 522-1100
4    Facsimile:  (707) 522-1101

5    Attorneys for Defendant CHARTER CAPITAL DBA FIRST CAPITAL GROUP, INC.

6

7

8        UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10   REGGIE F JUSTO, an individual;<br>LORNA G JUSTO, an individual,, | CASE NO.:  11-CV-00670EJD |
| 11        Plaintiffs, | SUBSTITUTION OF COUNSEL FOR<br>DEFENDANT CHARTER CAPITAL DBA<br>FIRST CAPITAL GROUP, INC. |
| 12   v. | |
| 13   CHARTER CAPITAL CORPORATION DBA<br>FIRST CAPITAL GROUP, INC, a California | Judge:   Hon. Edward J. Davila |
| 14   Corporation; LEHMAN BROTHERS BANK,<br>Business Entity, form unknown; AURORA | Complaint Filed:  December 28, 2010 |
| 15   LOAN SERVICES, LLC, a Business Entity,<br>form unknown; MICHELLE J. SAITO, an | Trial Date: |
| 16   Individual; MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., A | |
| 17   Delaware Corporation; and DOES 1 through 50,<br>inclusive, | |
| 18 | |
| 19        Defendants. | |

20        Pursuant to FRCP §83, Defendant CHARTER CAPITAL dba FIRST CAPITAL GROUP,

21   INC. ("CHARTER") respectfully requests that the Court enter an order substituting the law firm of

22   Arlas & Smithton in place of Smith Dollar PC as counsel of record for Defendant CHARTER.

23        As the authorized representative for Defendant CHARTER, I have requested this

24   substitution of counsel.

25   Dated: May 6, 2011

26                                 Mark Lachtman, President
                                   Capital Group, Inc.

27

28

SUBSTITUTION OF COUNSEL FOR DEFENDANT CHARTER CAPITAL DBA FIRST CAPITAL GROUP, INC.

1     As the authorized representative of Smith Dollar PC, I agree to this substitution of counsel.

2

3     Dated: April 26, 2011

4                              SMITH DOLLAR PC

5

6                              By:

7                                 Glenn M. Smith

8

9     As the authorized representative of Arlas & Smithton, I accept this substitution of counsel.

10     Dated: ~~April~~ May 4 , 2011

11                              ARLAS & SMITHTON

12

13                              By:

14                                 Ronald M. Arlas

15

16     IT IS SO ORDERED:

17

18     Dated: May 11, 2011

                                JUDGE OF THE DISTRICT COURT

19

20

21

22

23

24

25

26

27

28



SUBSTITUTION OF COUNSEL FOR DEFENDANT CHARTER CAPITAL DBA FIRST CAPITAL GROUP, INC.

RONALD M. ARLAS, ESQ. #59091
ARLAS & SMITHTON
907 Sir Francis Drake Blvd.
Kentfield, Ca. 94904
Phone: 415/230-4350
Fax: 415/455-0370
Email: ron.arlas@arlaslaw.com

Attorneys for Defendant CHARTER CAPITAL CORPORATION
dba FIRST CAPITAL GROUP, INC.

### IN THE UNITED STATES DISCTRICT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE F. JUSTO, et. al., | Case No. 11-CV-006700-EJD |
| Plaintiffs | NOTICE OF CHANGE OF ADDRESS, AND OTHER CONTACT INFORMATION |
| vs. | |
| CHARTER CAPITAL, et al., | |
| Defendants | |

Please take notice that **EFFECTIVE IMMEDIATELY**, the address and other contact

information for Mr. Arlas will change to the following:

Ronald M. Arlas, Esq.
ARLAS & SMITHTON
907 Sir Francis Drake Blvd.
Kentfield, Ca. 94904
Tel: 415/230-4350
Fax: 415/455-0370
Email: ron.arlas@arlaslaw.com

Any and all notices and documents regarding this action should now be sent to the above

addresses.

Dated: 5/4/2011

_____
RONALD M. ARLAS, ESQ.
Attorney for Defendant CHARTER CAPITAL

NOTICE OF CHANGE OF ADDRESS, PHONE AND FAX NUMBERS

1

**PROOF OF SERVICE**

I declare that I am over the age of eighteen and not a party to the within entitled action. I am employed in the County of Marin, State of California.  My business address is 907 Sir Francis Drake Blvd., Kentfield, California 94904

On May 6, 2011, I caused a copy of Substitution of Counsel for Defendant Charter Capital dba First Capital Group, Inc. and Notice of Change of Address, and Other Contact Information to be served on all parties in said action, by efiling through the ECF system where appropriate and by delivering a true copy thereof in a sealed envelope addressed as follows:

Reggie F. Justo
Lorna G. Justo
68 Park Fletcher Place
San Jose, Ca. 95136

___X__(BY MAIL) Being familiar with this firm's collection and processing of documents for deposit into the United States mail, I caused each envelope to be placed in the United States  mail at Kentfield, California with FIRST CLASS postage thereupon fully prepaid.

_____ (BY HAND) I caused each envelope to be delivered by hand through.

_____ (BY TELECOPIER) I caused each document to be electronically transmitted to the following number(s): _____.

___X___        (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing  is true and correct.

_____ (Federal)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of May, 2011 in Kentfield, CA.

RONALD M. ARLAS, ESQ.

\POS template 5.11