1  WRIGHT, FINLAY & ZAK, LLP
   Jonathan M. Zak, Esq., SBN 121592
2  Ronald M. Arlas, Esq., SBN 59091
   4665 MacArthur Court, Suite 280
3  Newport Beach, CA 92660 *()*
   Tel: (949) 477-5050; Fax: (949) 477-9200
4

5  WRIGHT, FINLAY & ZAK, LLP
   Ronald M. Arlas, Esq. SBN 59091
6  907 Sir Francis Drake Blvd.
   Kentfield, Ca. 94904
7  Tel: 415/230-4350; Fax: 415/455-0370
   rarlas@wrightlegal.net
8

9  Attorneys for Defendant Charter Capital dba First Capital Group, Inc.



10

11              UNITED STATES DISTRICT COURT

12      FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  REGGIE F JUSTO, et al., | Case No. 5:11-cv-00670- EJD |
|       Plaintiffs | [~~PROPOSED~~] ORDER GRANTING |
| 15       vs. | REQUEST TO APPEAR TELEPHONICALLY AT CASE |
| 16  CHARTER CAPITAL et al., | MANAGEMENT CONFERENCE |
|       Defendants | |
| 17 | |
| 18 | Date: 7/1/2011 |
| 19 | Time: 10:00 AM |
| 20 | Place: Dept..1 |

21        Pursuant to the written request by counsel for Defendant CHARTER CAPITAL DBA FIRST

22  CAPITAL GROUP, INC. to telephonically attend the Case Management Conference Set for

23  10:00 AM on July 1, 2011, this Court hereby grants such request.

24

25     Dated: June 22, 2011                    

26                                        U.S. District Court Judge

27

28
                                    - 1 -
[~~PROPOSED~~] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT
                        CASE MANAGEMENT CONFERENCE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


REGGIE F. JUSTO,ET.AL et al,

          Plaintiff,

  v.

CHARTER CAPITAL
CORPORATION,ET.AL et al,

          Defendant.

                           /

Case Number: CV11-00670 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 22, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Lorna G Justo
68 Park Fletcher Place
San Jose, CA 95136

Reggie F Justo
68 Park Fletcher Place
San Jose, CA 95136

Dated: June 22, 2011

                                   Richard W. Wieking, Clerk
                                   /s/ By: Elizabeth Garcia, Deputy Clerk