SUNNY S. HUO (State Bar No. 181071)
JOSHUA E. WHITEHAIR (State Bar No. 244900)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
AURORA LOAN SERVICES, LLC,
AURORA BANK FSB f/k/a LEHMAN
BROTHERS BANK, FSB, and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.



GRANTED
Judge Edward J. Davila
6/24/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE F. JUSTO, An Individual; LORNA G. JUSTO, An Individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CHARTER CAPITAL CORPORATION DBA FIRST CAPITAL GROUP, INC, a California Corporation; LEHMAN BROTHERS BANK, a Business Entity, form unknown; AURORA LOAN SERVICES, LLC, a Business Entity, form unknown; MICHELLE J. SAITO, an Individual; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A Delaware Corporation; and DOES 1 through 50, inclusive,, <br><br> Defendants. | Case No.: 5:11-cv-00670 EJD <br><br> **REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Date: July 1, 2011 <br> Time: 10:00 a.m. <br> Courtroom: 1 <br> Judge: Hon. Edward J. Davila |

On June 22, 2011, the Court issued notice that the hearing on defendants' motion to dismiss would be taken under submission without oral argument but requiring the parties to appear at the Case Management Conference ("CMC") previously set for July 1, 2011. Undersigned counsel for defendants Aurora Loan Services, LLC, Aurora Bank FSB f/k/a Lehman Brothers Bank, FSB and Mortgage Electronic Registration Systems, Inc. respectfully requests that

1  he be permitted to attend the CMC telephonically.  The Court having granted a similar request by
2  defendant Charter Capital Corporation's attorney, the undersigned is willing to coordinate a joint
3  call to the Court.  Otherwise, counsel's direct telephone line is (415) 677-5519.
4  DATED: June 24, 2011                    SEVERSON & WERSON
                                            A Professional Corporation
5
                                            By:     /s/*Sunny S. Huo*
6                                                   Sunny S. Huo

7                                           Attorneys for Defendants
                                            AURORA LOAN SERVICES, LLC,
8                                           AURORA BANK FSB f/k/a LEHMAN
                                            BROTHERS BANK, FSB and MORTGAGE
9                                           ELECTRONIC REGISTRATION SYSTEMS,
                                            INC.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-