1  SUNNY S. HUO (State Bar No. 181071)
   JOSHUA E. WHITEHAIR (State Bar No. 244900)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5

6  Attorneys for Defendants
   AURORA LOAN SERVICES, LLC,
7  AURORA BANK FSB f/k/a LEHMAN
   BROTHERS BANK, FSB, and
8  MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS, INC.
9



IT IS SO ORDERED
Judge Edward J. Davila
6/30/2011

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  REGGIE F. JUSTO, An Individual;         Case No.: 5:11-cv-00670 EJD
    LORNA G. JUSTO, An Individual,
14                                          **NOTICE OF WITHDRAWAL OF
                Plaintiffs,                 APPEARANCE**
15
            vs.
16
    CHARTER CAPITAL CORPORATION DBA
17  FIRST CAPITAL GROUP, INC, a California
    Corporation; LEHMAN BROTHERS BANK,
18  a Business Entity, form unknown; AURORA
    LOAN SERVICES, LLC, a Business Entity,
19  form unknown; MICHELLE J. SAITO, an
    Individual; MORTGAGE ELECTRONIC
20  REGISTRATION SYSTEMS, INC., A
    Delaware Corporation; and DOES 1 through
21  50, inclusive,

22              Defendants.

23

24  TO THE COURT AND ALL INTERESTED PARTIES:

25       PLEASE TAKE NOTICE THAT the undersigned counsel hereby withdraws his

26  appearance in the above-captioned matter, and requests that (a) his name be removed from any

27  applicable service lists herein and (b) that the Clerk terminate the delivery of all CMECF notices

28  addressed to jew@severson.com in the above-captioned case.

---
11991/0072/936499.1                                Notice of Withdrawal of Appearance
                                                   Case No. 5:11-cv-00670 EJD

All remaining Severson & Werson, P.C. attorneys should continue to receive notices.

DATED: June 29, 2011

SEVERSON & WERSON
A Professional Corporation

By: /s/*Joshua E. Whitehair*
      Joshua E. Whitehair

Attorneys for Defendants
AURORA LOAN SERVICES, LLC,
AURORA BANK FSB f/k/a LEHMAN
BROTHERS BANK, FSB and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

REGGIE F. JUSTO, ET.AL

        Plaintiff,

v.

CHARTER CAPITAL CORPORATION, ET. AL

        Defendant.

                                       /

Case Number: CV11-00670 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lorna G Justo
68 Park Fletcher Place
San Jose, CA 95136

Reggie F Justo
68 Park Fletcher Place
San Jose, CA 95136

Dated: June 30, 2011

                                        Richard W. Wieking, Clerk
                                        /s/ By: Elizabeth Garcia, Deputy Clerk