UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REGGIE F. JUSTO, et al. | Case No.: 5:11-CV-00670 EJD |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CHARTER CAPITAL CORPORATION, et al. | |
| Defendants. | |

This action having been dismissed without leave to amend (see Docket Item No. 55),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendants.

**IT IS SO ORDERED**.

Dated: February 2, 2012

EDWARD J. DAVILA
United States District Judge

Case No.: 5:11-CV-00670 EJD
JUDGMENT